UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Gary Roy</u>

                                                    Case No. 11-cv-533-SM

    v.

<u>New Hampshire State Prison, Warden</u>

<u>O R D E R</u>

This case has been stayed, while the petitioner returns to state court to exhaust his state court claims.   This case shall be administratively closed while the stay is in effect. Petitioner is reminded to file status reports every 90 days to notify this court of his progress in the state court.   The Court should, of course, immediately be notified upon ultimate resolution of the issues.

    SO ORDERED.

February 29, 2012

                                            /s/   Steven J. McAuliffe
                                            _____
                                            Steven J. McAuliffe
                                            U.S. District Judge

cc:    Gary Roy, pro se