UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Gary Roy</u>

        v.                              Case No. 11-cv-533-SM

<u>NH State Prison, Warden</u>

<u>ORDER</u>

    Petitioner has not filed a 90-day status report as ordered. Accordingly, within 30 days, Petitioner must either file a status report or show cause why the stay should not be terminated and the petition dismissed for failure to demonstrate exhaustion of all claims.

Date: May 22, 2013                <u>/s/ Landya B. McCafferty</u>
                                        Landya B. McCafferty
                                        United States Magistrate Judge

cc: Gary Roy, pro se