UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gary Roy

        v.                        Case No. 11-cv-533-SM

Warden, New Hampshire State Prison


O R D E R

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated July 2, 2013, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The petitioner failed to file a timely status report pursuant to the Order entered on May 22, 2013. Petitioner has failed to demonstrate that he has exhausted each of the federal claims in this action, and the matter is hereby dismissed without prejudice.

SO ORDERED.

_____
Steven J. McAuliffe
United States District Judge

Dated: July 25, 2013
cc: Gary Roy, pro se